USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/26/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------- X
   UNITED STATES OF AMERICA

                    -v-

   RUBEN PIZZARO,

                               Defendant.
----------------------------------------------------------- X

1:16-cr-54-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

Petitioner has filed an application to supplement his petition for *habeas corpus*. Dkt. No. 185. The Court requests that the United States file a response to that application no later than June 13, 2021.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Clerk of Court is further directed to mail a copy of this order to Petitioner by first class and certified mail.

SO ORDERED.

Dated: May 26, 2021
       New York, New York

                                                    _____
                                                      GREGORY H. WOODS
                                                    United States District Judge